UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 08310
   STEPHEN J WALTERS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-1267
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the adminstration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/07/07 .

2. The case was converted to Chapter 11 without confirmation.

3. The Debtor paid a total of $ 4923.00 .

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, C DAVID WARD , was allowed $ .00 and was paid $ .00 .

The Trustee received $ .00 .

Refunds to the Debtor totaled $ 4923.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
   Dated: 09/26/07                  /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 07 B 08310 STEPHEN J WALTERS
```