# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WALTERS, STEPHEN J | § | Case No. 07-08310 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 05/07/2007 . The case was converted to one under Chapter 7 on 06/05/2008 . The undersigned trustee was appointed on 05/08/2007 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $    127,809.76

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 500.00 |
| Bank service fees | 1,094.93 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 126,214.83 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 10/28/2008 and the deadline for filing governmental claims was 10/28/2008 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,640.49 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 9,640.49 , for a total compensation of $ 9,640.49 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 302.40 , for total expenses of $ 302.40 [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/22/2012      By: /s/MICHAEL G. BERLAND
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

Case No: 07-08310 BL Judge: Bruce W. Black
Case Name: WALTERS, STEPHEN J

For Period Ending: 03/22/12

Trustee Name: MICHAEL G. BERLAND
Date Filed (f) or Converted (c): 06/05/08 (c)
341(a) Meeting Date: 07/10/08
Claims Bar Date: 10/28/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Old Second Bank DIP account-scheduled | 14,347.49 | 41,279.85 | | 41,279.85 | FA |
| 2. 16 E. Lexington-scheduled | 380,000.00 | 22,500.00 | | 22,500.00 | FA |
| 3. Cash-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 4. Checking-Old Second-scheduled One-half belongs to non-filing spouse | 4,929.68 | 0.00 | | 0.00 | FA |
| 5. Checking-Castle Bank-scheduled | 120.00 | 0.00 | | 0.00 | FA |
| 6. Household goods-scheduled | 5,000.00 | 0.00 | | 0.00 | FA |
| 7. Term insurance-Lincoln--scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 8. Term insurance-Nortwetern-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 9. IRA American funds-scheduled | 211,234.00 | 0.00 | | 0.00 | FA |
| 10. Ferguson retirement plan-scheduled | 36,009.74 | 0.00 | | 0.00 | FA |
| 11. Monies owed by Rick Tollefson-scheduled | 192,584.00 | 50,000.00 | | 50,000.00 | FA |
| 12. 2002 Chrysler 300-scheduled | 10,500.00 | 0.00 | | 0.00 | FA |
| 13. 2004 Harley Davidson-schedueld | 12,400.00 | 0.00 | | 0.00 | FA |
| 14. Wearing apparel-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 15. Ecrow Settlement for benficial interest-uschedu (u) | 0.00 | 13,905.82 | | 13,905.82 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 124.09 | Unknown |

TOTALS (Excluding Unknown Values) | $868,224.91 | $127,685.67 | | $127,809.76 | Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

There was equity in the debtor's home that was compromised . The DIP account was liquidated.There was a loan from the

LFORM1 UST Form 101-7-TFR (5/1/2011) (Page: 3)

Ver: 16.05d

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 07-08310   BL   Judge: Bruce W. Black | Trustee Name: MICHAEL G. BERLAND |
| Case Name: | WALTERS, STEPHEN J | Date Filed (f) or Converted (c): 06/05/08 (c) |
| | | 341(a) Meeting Date: 07/10/08 |
| | | Claims Bar Date: 10/28/08 |

debtor to a third party that the Trustee settled. The Trustee hired an accountant to prepare tax returns, whch were filed. The Trustee filed numerous objections to strike secured claims, which were stricken. The Final Report wil be filed with the bankrutpcy court in 2012

Initial Projected Date of Final Report (TFR): 12/31/11         Current Projected Date of Final Report (TFR): 06/30/12

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 07-08310 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | WALTERS, STEPHEN J | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******7165 Money Market Account |
| Taxpayer ID No: | *******0015 | | |
| For Period Ending: | 03/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312198817165 | Wire in from JPMorgan Chase Bank, N.A. account 312198817165 | 9999-000 | 127,736.65 | | 127,736.65 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 6.12 | | 127,742.77 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 7.59 | | 127,750.36 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 7.35 | | 127,757.71 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 7.60 | | 127,765.31 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 7.60 | | 127,772.91 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.15 | | 127,776.06 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.25 | | 127,779.31 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.15 | | 127,782.46 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.25 | | 127,785.71 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.25 | | 127,788.96 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.94 | | 127,791.90 |
| 03/22/11 | 011001 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 127,291.90 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.25 | | 127,295.15 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.13 | | 127,298.28 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.24 | | 127,301.52 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.04 | | 127,302.56 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.08 | | 127,303.64 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.08 | | 127,304.72 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 296.46 | 127,008.26 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -252.86 | 127,261.12 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.04 | | 127,262.16 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 261.37 | 127,000.79 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.07 | | 127,001.86 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 252.26 | 126,749.60 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.04 | | 126,750.64 |
| | | | Page Subtotals | | 127,807.87 | 1,057.23 | |

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 16.05d

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 07-08310 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | WALTERS, STEPHEN J | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******7165 Money Market Account |
| Taxpayer ID No: | *******0015 | | | |
| For Period Ending: | 03/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 277.83 | 126,472.81 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.07 | | 126,473.88 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 259.87 | 126,214.01 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.82 | | 126,214.83 |
| 01/25/12 | | Transfer to Acct #*******4869 | Bank Funds Transfer | 9999-000 | | 126,214.83 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 127,809.76 | 127,809.76 | 0.00 |
| Less: Bank Transfers/CD's | | 127,736.65 | 126,214.83 | |
| Subtotal | | 73.11 | 1,594.93 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 73.11 | 1,594.93 | |

Page Subtotals      1.89      126,752.53

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-08310 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | WALTERS, STEPHEN J | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******7166 Checking Account |
| Taxpayer ID No: | *******0015 | | |
| For Period Ending: | 03/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals  0.00  0.00

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 07-08310 -BL | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | WALTERS, STEPHEN J | Bank Name: | JPMorgan Chase Bank, N.A. |
|  |  | Account Number / CD #: | *******7165 Money Market Account |
| Taxpayer ID No: | *******0015 |  |  |
| For Period Ending: | 03/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 11/12/08 | 1 | Stephn & Lisa Walters DIP | Payement of one-half of DIP account DEPOSIT CHECK #108 | 1129-000 | 14,200.00 |  | 14,200.00 |
| 11/28/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.58 |  | 14,200.58 |
| 12/11/08 | 2 | Stephen Walters | Payment for trustee's interest in dbtor's home per court order DEPOSIT CHECK #524793 | 1110-000 | 22,500.00 |  | 36,700.58 |
| 12/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.61 |  | 36,702.19 |
| 01/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.49 |  | 36,703.68 |
| 02/27/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.39 |  | 36,705.07 |
| 03/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.59 |  | 36,706.66 |
| 04/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.49 |  | 36,708.15 |
| 05/29/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.44 |  | 36,709.59 |
| 06/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.59 |  | 36,711.18 |
| 07/09/09 | 11 | Illini Legal Services | Payment of settlement for Boombah loan per court order DEPOSIT CHECK #719 | 1129-000 | 50,000.00 |  | 86,711.18 |
| 07/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.83 |  | 86,714.01 |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.65 |  | 86,717.66 |
| 09/09/09 | 1 | Stephen & Lisa Walters | Payment of monies owed from DIP account DEPOSIT CHECK #110 | 1129-000 | 27,039.16 |  | 113,756.82 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.27 |  | 113,761.09 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.64 |  | 113,765.73 |
| 11/02/09 | 1 | Stepehn & Lisa Walters | Payment for DIP account DEPOSIT CHECK #7079 | 1129-000 | 40.69 |  | 113,806.42 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.79 |  | 113,811.21 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.79 |  | 113,816.00 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.48 |  | 113,820.48 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.33 |  | 113,824.81 |
|  |  |  | Page Subtotals |  | 113,824.81 | 0.00 |  |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-08310 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | WALTERS, STEPHEN J | Bank Name: | JPMorgan Chase Bank, N.A. |
|  |  | Account Number / CD #: | *******7165  Money Market Account |
| Taxpayer ID No: | *******0015 |  |  |
| For Period Ending: | 03/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/25/10 | 15 | Law Office of Jonathan Backman | Payment of escrow settlement per court order DEPOSIT CHECK #1307 | 1229-000 | 13,905.82 |  | 127,730.63 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.16 |  | 127,735.79 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% JPMORGAN CHASE BANK, N.A. | 1270-000 | 0.86 |  | 127,736.65 |
| 04/06/10 |  | Wire out to BNYM account 000198817165 | Wire out to BNYM account 000198817165 | 9999-000 |  | 127,736.65 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 127,736.65 | 127,736.65 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 127,736.65 | 127,736.65 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 127,736.65 | 127,736.65 |  |

Page Subtotals  13,911.84  127,736.65

UST Form 101-7-TFR (5/1/2011) (Page: 9)

Ver: 16.05d

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6
Exhibit B

| Case No: | 07-08310 -BL | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | WALTERS, STEPHEN J | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | Account Number / CD #: | *******7166 Checking Account |
| Taxpayer ID No: | *******0015 | | |
| For Period Ending: | 03/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals  0.00  0.00

UST Form 101-7-TFR (5/1/2011) (Page: 10)

Ver: 16.05d

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-08310 -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | WALTERS, STEPHEN J | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4869 Checking Account |
| Taxpayer ID No: | *******0015 | | |
| For Period Ending: | 03/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******7165 | Bank Funds Transfer | 9999-000 | 126,214.83 | | 126,214.83 |

| | COLUMN TOTALS | 126,214.83 | 0.00 | 126,214.83 |
| | Less: Bank Transfers/CD's | 126,214.83 | 0.00 | |
| | Subtotal | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******7165 | 73.11 | 1,594.93 | 0.00 |
| Checking Account - *******7166 | 0.00 | 0.00 | 0.00 |
| Money Market Account - *******7165 | 127,736.65 | 127,736.65 | 0.00 |
| Checking Account - *******7166 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******4869 | 0.00 | 0.00 | 126,214.83 |
| | 127,809.76 | 129,331.58 | 126,214.83 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   126,214.83   0.00

UST Form 101-7-TFR (5/1/2011) (Page: 11)   Ver: 16.05d

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 22, 2012 |
|---|---|---|---|---|---|---|

Case Number:  07-08310  
Debtor Name:  WALTERS, STEPHEN J  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>100<br>4110-00 | Old Second Bank- Yorkville<br>102 E Van Emmon St<br>Yorkville, IL 60560 | Secured | | $0.00 | $220,000.00 | $0.00 |
| 5<br>100<br>4110-00 | Town & Country Bankc/o Dennis Woodworth<br>435 Hampshire Street<br>Quincy, IL 62301 | Secured | | $0.00 | $2,328,366.56 | $0.00 |
| 6<br>100<br>4110-00 | Town & Country Bankc/o Dennis woodworth<br>435 Hampshire Street<br>Quincy, IL 62301 | Secured | | $0.00 | $1,498,985.60 | $0.00 |
| 7<br>100<br>4110-00 | Town & Country Bankc/o Dennis Woodworth<br>45 Hampshire Street<br>Quincy, IL 62301 | Secured | | $0.00 | $5,464,668.89 | $0.00 |
| 8<br>100<br>4110-00 | Town & Country Bankc/oDennis Woodwroth<br>435 Hampshire Street<br>Quincy, IL 62301 | Secured | | $0.00 | $2,242,961.11 | $0.00 |
| 9<br>100<br>4110-00 | Town & Country Bankc/Dennis Woodworth<br>435 Hampshire Street<br>Quincy, IL 62301 | Secured | | $0.00 | $3,011,127.09 | $0.00 |
| 11<br>100<br>4110-00 | Old Second National Bank<br>POB 510<br>Sugar Grove, IL 60554 | Secured | | $0.00 | $220,000.00 | $0.00 |
| 11-2<br>100<br>4110-00 | Old Second National Bank<br>POB 510<br>Sugar Grove, IL 60554 | Secured | | $0.00 | $220,000.00 | $0.00 |
| 14S<br>100<br>4110-00 | West Liberty State Bankc/oSteven Havercamp<br>201 West Second Street,Suite 900<br>Davenport, IA 52801 | Secured | | $0.00 | $1,802,496.76 | $0.00 |
| 14S-2<br>100<br>4110-00 | West Liberty State Bankc/oSteven Havercamp<br>c/o Attorney Steven J. Havercamp<br>201 West Second Street,Suite 900<br>Davenport, IA 52801 | Secured | | $0.00 | $1,802,496.76 | $0.00 |
| 2<br>610<br>7100-00 | Bank Of Illinois,Timothy Howard, Hoaward & Howard<br>211 Fulton Street, Suite 60<br>Peoria, IL 61602 | Unsecured | | $0.00 | $976,968.74 | $0.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 22, 2012 |
|---|---|---|---|---|---|---|
| Case Number: 07-08310<br>Debtor Name: WALTERS, STEPHEN J | | Claim Class Sequence | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 2 -2<br>610<br>7100-00 | Bank Of Illinoistimothy Howrd,<br>Howard & Howard<br>211 Fulton Street, Suite 60<br>Peoria, IL 61602 | Unsecured | | $0.00 | $976,968.74 | $976,968.74 |
| 3<br>610<br>7100-00 | Capital One Bankc/oTSYS Debt<br>management<br>PO Box 5155<br>Norcross, GA 30091 | Unsecured | | $0.00 | $400.01 | $400.01 |
| 4<br>610<br>7100-00 | American Bank & Trust Company,<br>N.A.<br>4301 53rd Street<br>Davenport, IA 52807 | Unsecured | | $0.00 | $1,207,255.77 | $0.00 |
| 4 -2<br>610<br>7100-00 | American Bank & Trust Company,<br>N.A.<br>4301 53rd Street<br>Davenport, IA 52807 | Unsecured | | $0.00 | $1,207,255.77 | $1,207,255.77 |
| 10<br>610<br>7100-00 | eCAST Settlement Corporation Bass &<br>Associates<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road,Suite #200<br>Tucson, AZ 85712 | Unsecured | | $0.00 | $9.83 | $9.83 |
| 12<br>610<br>7100-00 | Holiday Hospitality Franchising,<br>Inc.c/oeric Fisch, Carlock<br>P.O. Box 56887<br>Atlanta, GA 30343-0887 | Unsecured | | $0.00 | $524,129.58 | $524,129.58 |
| 13<br>610<br>7100-00 | Sterling Federal Bank, F.S.B.c/o Lisa<br>Gbriel<br>P.O. Box 400<br>Sterling, IL 61081 | Unsecured | | $0.00 | $467,928.54 | $467,928.54 |
| 14U<br>610<br>7100-00 | west Liberty Bankc/oSteven Hvercamp<br>201 West Second Street,Suite 900<br>Davenport, IA 52801 | Unsecured | | $0.00 | $644,357.23 | $0.00 |
| 14U-2<br>610<br>7100-00 | West Liberty State Bankc/oSteven<br>Hvercamp<br>c/o Attorney Steven J. Havercamp<br>201 West Second Street,Suite 900<br>Davenport, IA 52801 | Unsecured | | $0.00 | $644,357.23 | $644,357.23 |
| .15<br>610<br>7100-00 | Soy Capital Bank c/oTomas Shade<br>132 S. Water St. Ste 515<br>Decatur, IL 62523 | Unsecured | | $0.00 | $550,533.05 | $550,533.05 |
| 16<br>610<br>7100-00 | Soy Capital Bankc/o thomas Shae<br>132 S. Water St. Ste 515<br>Decatur, IL 62523 | Unsecured | | $0.00 | $80,953.77 | $80,953.77 |

| Page 3 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: March 22, 2012 |
|---|---|---|---|---|---|---|
| Case Number: | 07-08310 | | Claim Class Sequence | | | |
| Debtor Name: | WALTERS, STEPHEN J | | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 17<br>610<br>7100-00 | Small Business Administrationc/o Mry<br>Cuengous<br>c/o Attorney Mary Cuengous<br>500 West Madison Room 1250<br>Chicago, IL 60661 | Unsecured | | $0.00 | $1,375,999.51 | $1,375,999.51 |
| | Case Totals: | | | $0.00 | $27,468,220.54 | $5,828,536.03 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-08310
Case Name: WALTERS, STEPHEN J
Trustee Name: MICHAEL G. BERLAND

Balance on hand $ 126,214.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Old Second Bank-Yorkville<br>102 E Van Emmon St<br>Yorkville, IL 60560 | $ 220,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | Town & Country Bank c/o Dennis Woodworth<br>435 Hampshire Street<br>Quincy, IL 62301 | $ 2,328,366.56 | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 | Town & Country Bank c/o Dennis woodworth<br>435 Hampshire Street<br>Quincy, IL 62301 | $ 1,498,985.60 | $ 0.00 | $ 0.00 | $ 0.00 |
| 7 | Town & Country Bank c/o Dennis Woodworth<br>45 Hampshire Street<br>Quincy, IL 62301 | $ 5,464,668.89 | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 | Town & Country Bank c/o Dennis Woodwroth<br>435 Hampshire Street<br>Quincy, IL 62301 | $ 2,242,961.11 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9 | Town & Country Bankc/Dennis Woodworth 435 Hampshire Street Quincy, IL 62301 | $ 3,011,127.09 | $ 0.00 | $ 0.00 | $ 0.00 |
| 11 | Old Second National Bank POB 510 Sugar Grove, IL 60554 | $ 220,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 11-2 | Old Second National Bank POB 510 Sugar Grove, IL 60554 | $ 220,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 14S | West Liberty State Bankc/oSteven Havercamp 201 West Second Street,Suite 900 Davenport, IA 52801 | $ 1,802,496.76 | $ 0.00 | $ 0.00 | $ 0.00 |
| 14S-2 | West Liberty State Bankc/oSteven Havercamp c/o Attorney Steven J. Havercamp 201 West Second Street,Suite 900 Davenport, IA 52801 | $ 1,802,496.76 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 126,214.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 9,640.49 | $ 0.00 | $ 9,640.49 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 302.40 | $ 0.00 | $ 302.40 |

Total to be paid for chapter 7 administrative expenses     $     9,942.89

Remaining Balance     $     116,271.94

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,828,536.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Bank Of Illinois,Timothy Howard, Hoaward & Howard 211 Fulton Street, Suite 60 Peoria, IL 61602 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 -2 | Bank Of Illinoistimothy Howrd, Howard & Howard 211 Fulton Street, Suite 60 Peoria, IL 61602 | $ 976,968.74 | $ 0.00 | $ 19,489.29 |
| 3 | Capital One Bankc/oTSYS Debt management PO Box 5155 Norcross, GA 30091 | $ 400.01 | $ 0.00 | $ 7.98 |
| 4 | American Bank & Trust Company, N.A. 4301 53rd Street Davenport, IA 52807 | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 -2 | American Bank & Trust Company, N.A. 4301 53rd Street Davenport, IA 52807 | $ 1,207,255.77 | $ 0.00 | $ 24,083.23 |
| 10 | eCAST Settlement Corporation Bass & Associates Bass & Associates, P.C. 3936 E. Ft. Lowell Road,Suite #200 Tucson, AZ 85712 | $ 9.83 | $ 0.00 | $ 0.20 |
| 12 | Holiday Hospitality Franchising, Inc.c/oeric Fisch, Carlock P.O. Box 56887 Atlanta, GA 30343-0887 | $ 524,129.58 | $ 0.00 | $ 10,455.72 |
| 13 | Sterling Federal Bank, F.S.B.c/o Lisa Gbriel P.O. Box 400 Sterling, IL 61081 | $ 467,928.54 | $ 0.00 | $ 9,334.58 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14U | west Liberty Bankc/oSteven Hvercamp 201 West Second Street,Suite 900 Davenport, IA 52801 | $ 0.00 | $ 0.00 | $ 0.00 |
| 14U-2 | West Liberty State Bankc/oSteven Hvercamp c/o Attorney Steven J. Havercamp 201 West Second Street,Suite 900 Davenport, IA 52801 | $ 644,357.23 | $ 0.00 | $ 12,854.12 |
| 15 | Soy Capital Bank c/oTomas Shade 132 S. Water St. Ste 515 Decatur, IL 62523 | $ 550,533.05 | $ 0.00 | $ 10,982.44 |
| 16 | Soy Capital Bankc/o thomas Shae 132 S. Water St. Ste 515 Decatur, IL 62523 | $ 80,953.77 | $ 0.00 | $ 1,614.93 |
| 17 | Small Business Administrationc/o Mry Cuengous c/o Attorney Mary Cuengous 500 West Madison Room 1250 Chicago, IL 60661 | $ 1,375,999.51 | $ 0.00 | $ 27,449.45 |

Total to be paid to timely general unsecured creditors       $        116,271.94

Remaining Balance                                            $              0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

 Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

 Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE