UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
WALTERS, STEPHEN J                  §      Case No. 07-08310
                                    §
           Debtor(s)                §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF THE COURT
   219 S. Dearborn
   Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 06/15/2012 in Courtroom 201,
   Will County Court Annex Building
   57 N. Ottawa Street, Suite 201, Joliet, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/10/2012                    By: /s/ Michael G. Berland
                                                         Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
WALTERS, STEPHEN J § Case No. 07-08310
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 127,809.76 |
| and approved disbursements of | $ | 1,594.93 |
| leaving a balance on hand of[1] | $ | 126,214.83 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Old Second Bank-Yorkville  102 E Van Emmon St  Yorkville, IL 60560 | $ 220,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | Town & Country Bank c/o Dennis Woodworth  435 Hampshire Street  Quincy, IL 62301 | $ 2,328,366.56 | $ 0.00 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Town & Country Bankc/o Dennis woodworth 435 Hampshire Street Quincy, IL 62301 | $ 1,498,985.60 | $ 0.00 | $ 0.00 | $ 0.00 |
| 7 | Town & Country Bankc/o Dennis Woodworth 45 Hampshire Street Quincy, IL 62301 | $ 5,464,668.89 | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 | Town & Country Bankc/oDennis Woodwroth 435 Hampshire Street Quincy, IL 62301 | $ 2,242,961.11 | $ 0.00 | $ 0.00 | $ 0.00 |
| 9 | Town & Country Bankc/Dennis Woodworth 435 Hampshire Street Quincy, IL 62301 | $ 3,011,127.09 | $ 0.00 | $ 0.00 | $ 0.00 |
| 11 | Old Second National Bank POB 510 Sugar Grove, IL 60554 | $ 220,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 11 -2 | Old Second National Bank POB 510 Sugar Grove, IL 60554 | $ 220,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 14S | West Liberty State Bankc/oSteven Havercamp 201 West Second Street,Suite 900 Davenport, IA 52801 | $ 1,802,496.76 | $ 0.00 | $ 0.00 | $ 0.00 |
| 14S-2 | West Liberty State Bankc/oSteven Havercamp c/o Attorney Steven J. Havercamp 201 West Second Street,Suite 900 Davenport, IA 52801 | $ 1,802,496.76 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 126,214.83 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 9,640.49 | $ 0.00 | $ 9,640.49 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 302.40 | $ 0.00 | $ 302.40 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 9,942.89 |

      Remaining Balance      $      116,271.94

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,828,536.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Bank Of Illinois,Timothy Howard, Hoaward & Howard<br>211 Fulton Street, Suite 60<br>Peoria, IL  61602 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 -2 | Bank Of Illinoistimothy Howrd, Howard & Howard<br>211 Fulton Street, Suite 60<br>Peoria, IL  61602 | $ 976,968.74 | $ 0.00 | $ 19,489.29 |
| 3 | Capital One Bankc/oTSYS Debt management<br>PO Box 5155<br>Norcross, GA  30091 | $ 400.01 | $ 0.00 | $ 7.98 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 4 | American Bank & Trust Company, N.A. 4301 53rd Street Davenport, IA  52807 | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 -2 | American Bank & Trust Company, N.A. 4301 53rd Street Davenport, IA  52807 | $ 1,207,255.77 | $ 0.00 | $ 24,083.23 |
| 10 | eCAST Settlement Corporation Bass & Associates Bass & Associates, P.C. 3936 E. Ft. Lowell Road,Suite #200 Tucson, AZ  85712 | $ 9.83 | $ 0.00 | $ 0.20 |
| 12 | Holiday Hospitality Franchising, Inc.c/oeric Fisch, Carlock P.O. Box 56887 Atlanta, GA  30343-0887 | $ 524,129.58 | $ 0.00 | $ 10,455.72 |
| 13 | Sterling Federal Bank, F.S.B.c/o Lisa Gbriel P.O. Box 400 Sterling, IL  61081 | $ 467,928.54 | $ 0.00 | $ 9,334.58 |
| 14U | west Liberty Bankc/oSteven Hvercamp 201 West Second Street,Suite 900 Davenport, IA  52801 | $ 0.00 | $ 0.00 | $ 0.00 |
| 14U-2 | West Liberty State Bankc/oSteven Hvercamp c/o Attorney Steven J. Havercamp 201 West Second Street,Suite 900 Davenport, IA  52801 | $ 644,357.23 | $ 0.00 | $ 12,854.12 |
| 15 | Soy Capital Bank c/oTomas Shade 132 S. Water St. Ste 515 Decatur, IL  62523 | $ 550,533.05 | $ 0.00 | $ 10,982.44 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | Soy Capital Bankc/o thomas Shae<br>132 S. Water St. Ste 515<br>Decatur, IL  62523 | $ 80,953.77 | $ 0.00 | $ 1,614.93 |
| 17 | Small Business Administrationc/o Mry Cuengous<br>c/o Attorney Mary Cuengous<br>500 West Madison Room 1250<br>Chicago, IL  60661 | $ 1,375,999.51 | $ 0.00 | $ 27,449.45 |
| | Total to be paid to timely general unsecured creditors | | $ | 116,271.94 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*

UST Form 101-7-NFR (5/1/2011) *(Page: 7)*

*CHICAGO, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 07-08310-BWB
Stephen J Walters                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal          Page 1 of 3          Date Rcvd: May 11, 2012
                               Form ID: pdf006          Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2012.
```
db         +Stephen J Walters,   16 E. Lexington Circle,   Yorkville, IL 60560-9637
11666180   +Aice Smalley,   23 Devon Road,   Bloomington, IL 61704-6222
11389795   +American Bank & Trust Company, N.A.,   4301 53rd Street,   Davenport, IA 52807-3040
11666181   +Anthony & Karen DeAngelis,   215 Mays Drive,   Bloomington, IL 61701-2032
11349970   +Attorney Lisa Gabriel,   Ward, Murray, Pace & Johnson,   202 E. 5th Street, P. O. Box 400,
             Sterling, IL 61081-0400
11349971   +Bank Of Illinois,   Timothy J. Howard, Esq,   Howard & Howard Attorney, PC,
             211 Fulton Street, Suite 600,   Peoria, IL 61602-1350
11666182   +Bank of Illinois,   102 W. College Avenue,   NOrmal, IL 61761
11349968   +C David Ward,   1700 N Farnsworth Ave  Suite 11,   Aurora, IL 60505-1186
11666183   +C. Robert & Sally Rud,   54 Brookshire Gr.,   Bloomington, IL 61704-6277
11389434  ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One Bank,   C/O Tsys Debt. Mgmt.,   PO Box 5155,
             Norcross, GA. 30091)
11349972   +Capital One Bank,   11013 West Broad Street,   Glen Allen, VA 23060-5937
11666188   +Duane Capes,   4868 Skare Road,   Rochelle, IL 61068-9741
11666190   +Elizabeth Melton,   5506 Navaho Drive,   Pensacola, FL 32507-8742
11666191    Eugene Pl Kinsel,   Rr#218, Foxhurst Lane,   Newrk, IL 60541
11666193   +Gregory C. Hologa,   1412 C. Suzy Street,   Sandwich, IL 60548-9324
11666194   +Gregory Falco,   1202 N. Clinton,   Bloomington, IL 61701-1808
11349973   +HSBC/Menards,   90 Christina Road,   New Castle, DE 19720-3118
11628727    Holiday Hospitality Franchising, Inc.,   c/o Eric Frisch,
             Carlock, Copeland, Semler & Stair, LLP,   P.O. Box 56887,   Atlanta, GA 30343-0887
11503194   +Household Bank (SB), N.A.(Menards),   eCAST Settlement Corporation,   c/o Bass & Associates, P.C.,
             3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
11349974   +InterContinental Hotels,   11580 Great Oaks Way,   Alpharetta, GA 30022-2424
11666195   +James Brinkman,   1460 E. 1450th Street,   Fowler, IL 62338-2352
11666196   +Jamie Rud,   341 W. Lisbon,   Sandwich, IL 60548-1225
11349975   +Jim Rud,   341 Lisbon Street,   Sandwich, IL 60548-1225
11666199   +Jonathan Sauser,   POB 207,   Dekalb, IL 60115-0207
11666200   +Joseph & Susan Delonardis,   135 Fincham Way,   Towanda, IL 61776-7524
11666201   +Kipp Family Trust by Jane Kipp,   POB 132,   Annawan, IL 61234-0132
11666202   +Larry Foster,   409 W. Summit,   Normal, IL 61761-1264
11666203   +Linda J. & James H. Siedle, Jr.,   1950 Spanish Oaks Drive,   Palm Harbor, FL 34683-6640
11666205   +Marlito Favila,   30 Derby Way,   Bloomington, IL 61704-2820
11666206   +Marsden Favila,   9828 S. Moody Ave,   Oaklawn, IL 60453-3613
11666207   +Norma Sondgeroth,   810 Morningside Ave,   Aurora, IL 60505-5406
11599436   +Old Second National Bank,   POB 510,   Sugar Grove, IL 60554-0510
11666208   +Paul Sauser,   8 Cari Court,   Dekalb, IL 60115-1014
11666209   +Paul Young,   14 Brookshire Green,   Bloomington, IL 61704-6257
11666210   +Richard Benson,   1413 S. River Street,   Batavia, Il 60510-9651
11666212   +Robert Abbott,   565 Keniworth,   Elmhurst, IL 60126-4444
11666213   +Roger Joslin,   2001 E. Cloud Street,   Bloomington, IL 61701-5733
11666216   +SFC Camilla Johnson,   PSC 560 Box 748,   APO, AP 96376-0017
12355709   +Small Business Administration,   c/o Attorney Mary Cuengous,   500 West Madison Room 1250,
             Chicago, IL 60661-2602
11349979   +Soy Capital Bank,   1501 E. Eldorado,   Decatur, IL 62521-2091
11665729   +Soy Capital Bank,   Thomas M. Shade,   132 S. Water St. Ste 515,   Decatur, IL 62523-1079
11666218   +Stephen Edgecomb,   1603 Visa Drive, #6,   Normal, IL 61761-6160
11349980   +Sterling Federal Bank,   110 East 4th Street,   Sterling, IL 61081-3671
11637237   +Sterling Federal Bank, F.S.B.,   c/o Lisa A. Gabriel,   P.O. Box 400,   Sterling, IL 61081-0400
11666220   +Thomas Winkler,   1603 Visa Drive, #6,   Normal, IL 61761-6160
11349981   +Town & Country Bank,   524 North 30th Street,   P. O. Box 3306,   Quincy, IL 62305-3306
11468457   +Town & Country Bank,   c/o Dennis G. Woodworth,   Attorney at Law,   435 Hampshire Street,
             Quincy, IL 62301-2927
11349967   +Walters Stephen J,   16 E Lexington Circle,   Yorkville, IL 60560-9637
11666179   +Wells Fargo Home Mortgage,   3476 Stateview Blvd,   Fort Mill, SC 29715-7203
11349982   +Wells Fargo Home Mortgage,   c/o Codilis & Associates, PC,
             15W030 North Frontage Road, Suite 100,   Burr Ridge, IL 60527-6921
11349983   +West Liberty State Bank,   c/o Attorney Steven J. Havercamp,   201 West Second Street,
             Suite 900,   Davenport, IA 52801-1827
12355708   +West Liberty State Bank,   101 East 4th Street,   PO Box 78,   West Liberty, IA 52776-0078
12028244   +eCAST Settlement Corporation,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road,   Suite #200,
             Tucson, AZ 85712-1083
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11349969       +E-mail/Text: snelson@snyderpark.com May 11 2012 23:45:26      American Bank & Trust Company,
                c/o Steven L. Nelson,   POB 3700,   Rock Island, IL 61204-3700
                                                                                              TOTAL: 1
```

```
District/off: 0752-1           User: corrinal              Page 2 of 3                   Date Rcvd: May 11, 2012
                               Form ID: pdf006             Total Noticed: 54


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11666187      Dennis & Mary Crane
11666197      Jane Ann Coddington
11666198      Jerald J. Bratberg
11666215      SBA,    c/o Colson Services
11666184*    +Capital One Bank,    11013 West Broad Street,    Glen Allen, VA 23060-5937
11666217*    +InterContinental Hotels,    11580 Great Oaks Way,    Alpharetta, GA 30022-2424
11666185   ##++CHARLES R. LEONARD, JR.,    15733 S RIVER CT,    PLAINFIELD IL  60544-5105
             (address filed with court:   Charles R. Leonard, Jr.,    340 S. River Court,   Plainfield, IL 60544)
11666186    ##+Daniel McNertney,    1605 E. Washington,    Blooming, IL 61701-4234
11666189    ##+Duane L. Serck,    3466 Plaza DeLaRosa,   Sierra Vista, AZ 85650-6883
11666192    ##+Gerald D. & Patricia C. Lackey,    3315 N. Prospector Road,    Apache Jet, AZ 85119-9545
11349976    ##+John Luedtke,    218 Mays Drive,   Bloomington, IL 61701-2033
11666204    ##+Ma. Josefina Velasco,    9828 S. Moddy Avenue,    Oak Lawn, IL 60453-3613
11349977    ##+Michael Hill,    308 Orlando,   Normal, IL 61761-1262
11370057    ##+Old Second Bank- Yorkville,    102 E Van Emmon St,    Yorkville, IL 60560-1551
11349978    ##+Old Second National Bank Of Yorkville,    102 East Van Emmon Street,    Yorkville, IL 60560-1551
11666211    ##+Rick and Meriam Tollefson,    320 Grace Drive,    Newark, IL 60541-9369
11666214    ##+Ronald Camarata,    19465 Aspen Drive,   Mundelin, IL 60060-4060
11666219    ##+Terry & Jacqui Foster,    503 S. Moors,   Bloomington, IL 61701-5748
                                                                                         TOTALS: 4, * 2, ## 12
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 13, 2012**              **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: corrinal             Page 3 of 3              Date Rcvd: May 11, 2012
                              Form ID: pdf006            Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2012 at the address(es) listed below:

        C David Ward    on behalf of Debtor Stephen Walters cdward1945@yahoo.com, ladylaw1031@msn.com
        Gerald  Mylander    on behalf of Trustee Glenn Stearns mcguckin_m@lisle13.com
        Jonathan A. Backman    on behalf of Interested Party Patricia Luedtke jbackman@backlawoffice.com, ebackman@backlawoffice.com
        Jose G Moreno    on behalf of Creditor  Wells Fargo Home Mortgage nd-one@il.cslegal.com
        Michael G Berland    einstein829@earthlink.net, IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Paul A Osborn    on behalf of Creditor  Sterling Federal Bank, F.S.B. osborn@wmpj.com, amber@wmpj.com;teresa@wmpj.com
        Paul M Bach    on behalf of Creditor  Town & Country Bank of Quincy paul@bachoffices.com, pnbach@bachoffices.com;BachECF@gmail.com
        Penelope N Bach    on behalf of Creditor  Town & Country Bank of Quincy pnbach@bachoffices.com, paul@bachoffices.com;bachecf@gmail.com
        Steven L Nelson    on behalf of Creditor  American Bank & Trust Company snelson@snyderpark.com
        Timothy J. Howard    on behalf of Creditor  Bank of Illinois thoward@howardandhoward.com, psepich@howardandhoward.com

        TOTAL: 11