# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WALTERS, STEPHEN J | § | Case No. 07-08310 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $                    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $                 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on            , and it was converted to chapter 7 on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND
_____
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of Illinois 102 West College Avenue Normal, IL 61764 | | | | | |
| | Bank Of Illinois 102 West College Avenue Normal, IL 61764 | | | | | |
| | Bank Of Illinois 102 West College Avenue Normal, IL 61764 | | | | | |
| | Bank Of Illinois 102 West College Avenue Normal, IL 61764 | | | | | |
| | Bank Of Illinois 102 West College Avenue Normal, IL 61764 | | | | | |
| | InterContinental Hotels 11580 Great Oaks Way Alpharetta, GA  30022 | | | | | |
| | InterContinental Hotels 11580 Great Oaks Way Alpharetta, GA  30022 | | | | | |
| | InterContinental Hotels 11580 Great Oaks Way Alpharetta, GA  30022 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | SBA C/O Colson Services |  |  |  |  |  |
|  | Soy Capital Bank 1501 E. Eldorado Decatur, IL  62521 |  |  |  |  |  |
|  | Soy Capital Bank 1501 E. Eldorado Decatur, IL  62521 |  |  |  |  |  |
|  | Wells Fargo Home Mortgage 3476 Stateview Blvd. Fort Mill, SC  29715 |  |  |  |  |  |
|  | West Liberty State Bank 101 East 4th Street P.O. Box 78 West Liberty, IA  52776 |  |  |  |  |  |
| 1 | OLD SECOND BANK-YORKVILLE |  |  |  |  |  |
| 11 | OLD SECOND NATIONAL BANK |  |  |  |  |  |
| 11 -2 | OLD SECOND NATIONAL BANK |  |  |  |  |  |
| 9 | TOWN & COUNTRY BANKC/DENNIS WOODWOR |  |  |  |  |  |
| 5 | TOWN & COUNTRY BANKC/O DENNIS WOODW |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | TOWN & COUNTRY BANKC/O DENNIS WOODW | | | | | |
| 7 | TOWN & COUNTRY BANKC/O DENNIS WOODW | | | | | |
| 8 | TOWN & COUNTRY BANKC/ODENNIS WOODWR | | | | | |
| 14S | WEST LIBERTY STATE BANKC/OSTEVEN HA | | | | | |
| 14S-2 | WEST LIBERTY STATE BANKC/OSTEVEN HA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| Gloria Longest | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Attorney Lisa Gabriel Ward, Murray, Pace & Johnson 202 East 5th Street, P. O. Box 400 Sterling, IL  61081 | | | | | |
| | Bank Of Illinois 102 West College Avenue Normal, IL 61764 | | | | | |
| | HSBC/Menards 90 Christina Road New Castle, DE  19720 | | | | | |
| | Sterling Federal Bank 110 East 4th Street Sterling, IL 61081 | | | | | |
| 4 | AMERICAN BANK & TRUST COMPANY, N.A. | | | | | |
| 4 -2 | AMERICAN BANK & TRUST COMPANY, N.A. | | | | | |
| 2 | BANK OF ILLINOIS,TIMOTHY HOWARD, HO | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 -2 | BANK OF ILLINOISTIMOTHY HOWRD, HOWA | | | | | |
| 3 | CAPITAL ONE BANKC/OTSYS DEBT MANAGE | | | | | |
| 10 | ECAST SETTLEMENT CORPORATION BASS & | | | | | |
| 12 | HOLIDAY HOSPITALITY FRANCHISING, IN | | | | | |
| 17 | SMALL BUSINESS ADMINISTRATIONC/O MR | | | | | |
| 15 | SOY CAPITAL BANK C/OTOMAS SHADE | | | | | |
| 16 | SOY CAPITAL BANKC/O THOMAS SHAE | | | | | |
| 13 | STERLING FEDERAL BANK, F.S.B.C/O LI | | | | | |
| 14U | WEST LIBERTY BANKC/OSTEVEN HVERCAMP | | | | | |
| 14U-2 | WEST LIBERTY STATE BANKC/OSTEVEN HV | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** | 07-08310 BL |
| **Case Name:** | WALTERS, STEPHEN J |
| **Period Ending:** | 12/31/11 |

| | |
|---|---|
| **Trustee:** | (520196)  MICHAEL G. BERLAND |
| **Filed (f) or Converted (c):** | 06/05/08 (c) |
| **§341(a) Meeting Date:** | 07/10/08 |
| **Claims Bar Date:** | 10/28/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Old Second Bank DIP account-scheduled | 14,347.49 | 41,279.85 | | 41,279.85 | FA |
| 2 | 16 E. Lexington-scheduled | 380,000.00 | 22,500.00 | | 22,500.00 | FA |
| 3 | Cash-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Checking-Old Second-scheduled<br>    One-half belongs to non-filing spouse | 4,929.68 | 0.00 | | 0.00 | FA |
| 5 | Checking-Castle Bank-scheduled | 120.00 | 0.00 | | 0.00 | FA |
| 6 | Household goods-scheduled | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | Term insurance-Lincoln--scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Term insurance-Nortwetern-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 9 | IRA American funds-scheduled | 211,234.00 | 0.00 | | 0.00 | FA |
| 10 | Ferguson retirement plan-scheduled | 36,009.74 | 0.00 | | 0.00 | FA |
| 11 | Monies owed by Rick Tollefson-scheduled | 192,584.00 | 50,000.00 | | 50,000.00 | FA |
| 12 | 2002 Chrysler 300-scheduled | 10,500.00 | 0.00 | | 0.00 | FA |
| 13 | 2004 Harley Davidson-schedueld | 12,400.00 | 0.00 | | 0.00 | FA |
| 14 | Wearing apparel-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | Ecrow Settlement for benficial interest-uschedu  (u) | 0.00 | 13,905.82 | | 13,905.82 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 123.27 | Unknown |
| 16 | **Assets**      **Totals** (Excluding unknown values) | **$868,224.91** | **$127,685.67** | | **$127,808.94** | **$0.00** |

Printed: 01/18/2012 10:20 AM     V.12.57

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 07-08310 BL | **Trustee:** (520196) MICHAEL G. BERLAND |
| **Case Name:** WALTERS, STEPHEN J | **Filed (f) or Converted (c):** 06/05/08 (c) |
| | **§341(a) Meeting Date:** 07/10/08 |
| **Period Ending:** 12/31/11 | **Claims Bar Date:** 10/28/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |

**Major Activities Affecting Case Closing:**

There was equity in the debtor's home that was compromised . The DIP account was liquidated.There was a loan  from the debtor  to a third party that  the Trustee settled. The Trustee hired an accountant to prepare tax returns , whch were filed. The Trustee filed numerous objections to strike secured claims, which were stricken.The  Final Report  wil be filed with the bankrutpcy court in 2012

**Initial Projected Date Of Final Report (TFR):** December 31, 2011          **Current Projected Date Of Final Report (TFR):** June 30, 2012

Printed: 01/18/2012 10:20 AM    V.12.57

Exhibit 8

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 07-08310 BL |
| **Case Name:** | WALTERS, STEPHEN J |
| **Taxpayer ID #:** | **-***0015 |
| **Period Ending:** | 12/31/11 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****71-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/12/08 | {1} | Stephn & Lisa Walters DIP | Payement of one-half of DIP account | 1129-000 | 14,200.00 | | 14,200.00 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.58 | | 14,200.58 |
| 12/11/08 | {2} | Stephen Walters | Payment for trustee's interest in dbtor's home per court order | 1110-000 | 22,500.00 | | 36,700.58 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.61 | | 36,702.19 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.49 | | 36,703.68 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.39 | | 36,705.07 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.59 | | 36,706.66 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.49 | | 36,708.15 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.44 | | 36,709.59 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.59 | | 36,711.18 |
| 07/09/09 | {11} | Illini Legal Services | Payment of settlement for Boombah loan per court order | 1129-000 | 50,000.00 | | 86,711.18 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.83 | | 86,714.01 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.65 | | 86,717.66 |
| 09/09/09 | {1} | Stephen & Lisa Walters | Payment of monies owed from DIP account | 1129-000 | 27,039.16 | | 113,756.82 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.27 | | 113,761.09 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.64 | | 113,765.73 |
| 11/02/09 | {1} | Stepehn & Lisa Walters | Payment for DIP account | 1129-000 | 40.69 | | 113,806.42 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.79 | | 113,811.21 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.79 | | 113,816.00 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.48 | | 113,820.48 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.33 | | 113,824.81 |
| 03/25/10 | {15} | Law Office of Jonathan Backman | Payment of escrow settlement per court order | 1229-000 | 13,905.82 | | 127,730.63 |

**Subtotals :**     $127,730.63     $0.00

Printed: 01/18/2012 10:20 AM     V.12.57

Exhibit 8

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 07-08310 BL | |
| **Case Name:** | WALTERS, STEPHEN J | |
| **Taxpayer ID #:** | **-***0015 | |
| **Period Ending:** | 12/31/11 | |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****71-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 5.16 | | 127,735.79 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.86 | | 127,736.65 |
| 04/06/10 | | Wire out to BNYM account 9200******7165 | Wire out to BNYM account 9200******7165 | 9999-000 | -127,736.65 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **0.00** | **0.00** | **$0.00** |
| Less: Bank Transfers | -127,736.65 | 0.00 | |
| **Subtotal** | **127,736.65** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$127,736.65** | **$0.00** | |

Printed: 01/18/2012 10:20 AM      V.12.57

Exhibit 8

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 07-08310 BL | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | WALTERS, STEPHEN J | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****71-66 - Checking Account |
| Taxpayer ID #: | **-***0015 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/31/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Exhibit 8

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 07-08310 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
| Case Name: | WALTERS, STEPHEN J | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******71-65 - Money Market Account |
| Taxpayer ID #: | **-***0015 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/31/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******7165 | Wire in from JPMorgan Chase Bank, N.A. account *******7165 | 9999-000 | 127,736.65 | | 127,736.65 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 6.12 | | 127,742.77 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 7.59 | | 127,750.36 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 7.35 | | 127,757.71 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 7.60 | | 127,765.31 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 7.60 | | 127,772.91 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.15 | | 127,776.06 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.25 | | 127,779.31 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.15 | | 127,782.46 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.25 | | 127,785.71 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.25 | | 127,788.96 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.94 | | 127,791.90 |
| 03/22/11 | 11001 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 127,291.90 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.25 | | 127,295.15 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.13 | | 127,298.28 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.24 | | 127,301.52 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.04 | | 127,302.56 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.08 | | 127,303.64 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.08 | | 127,304.72 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 296.46 | 127,008.26 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -252.86 | 127,261.12 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.04 | | 127,262.16 |

Subtotals :     $127,805.76     $543.60

Printed: 01/18/2012 10:20 AM     V.12.57

Exhibit 8

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 07-08310 BL |
| **Case Name:** | WALTERS, STEPHEN J |
| **Taxpayer ID #:** | **-***0015 |
| **Period Ending:** | 12/31/11 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******71-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 261.37 | 127,000.79 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.07 | | 127,001.86 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 252.26 | 126,749.60 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.04 | | 126,750.64 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 277.83 | 126,472.81 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.07 | | 126,473.88 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 259.87 | 126,214.01 |

|  | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 127,808.94 | 1,594.93 | $126,214.01 |
| Less: Bank Transfers | 127,736.65 | 0.00 | |
| **Subtotal** | 72.29 | 1,594.93 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$72.29** | **$1,594.93** | |

Exhibit 8

# Form 2

### Cash Receipts And Disbursements Record

Page: 6

| | |
|---|---|
| **Case Number:** | 07-08310 BL |
| **Case Name:** | WALTERS, STEPHEN J |
| **Taxpayer ID #:** | **-***0015 |
| **Period Ending:** | 12/31/11 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******71-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| Net Receipts : | 127,808.94 |
|---|---|
| Net Estate : | $127,808.94 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****71-65** | 127,736.65 | 0.00 | 0.00 |
| **Checking # ***-*****71-66** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******71-65** | 72.29 | 1,594.93 | 126,214.01 |
| **Checking # 9200-******71-66** | 0.00 | 0.00 | 0.00 |
| | $127,808.94 | $1,594.93 | $126,214.01 |

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-08310 -BL |
| Case Name: | WALTERS, STEPHEN J |
| | |
| Taxpayer ID No: | *******0015 |
| For Period Ending: | 03/22/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******7165  Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312198817165 | Wire in from JPMorgan Chase Bank, N.A. account 312198817165 | 9999-000 | 127,736.65 | | 127,736.65 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 6.12 | | 127,742.77 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 7.59 | | 127,750.36 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 7.35 | | 127,757.71 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 7.60 | | 127,765.31 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 7.60 | | 127,772.91 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.15 | | 127,776.06 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.25 | | 127,779.31 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.15 | | 127,782.46 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.25 | | 127,785.71 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.25 | | 127,788.96 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.94 | | 127,791.90 |
| 03/22/11 | 011001 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 127,291.90 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.25 | | 127,295.15 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.13 | | 127,298.28 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.24 | | 127,301.52 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.04 | | 127,302.56 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.08 | | 127,303.64 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.08 | | 127,304.72 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 296.46 | 127,008.26 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -252.86 | 127,261.12 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.04 | | 127,262.16 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 261.37 | 127,000.79 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.07 | | 127,001.86 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 252.26 | 126,749.60 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.04 | | 126,750.64 |

| | | |
|---|---|---|
| Page Subtotals | 127,807.87 | 1,057.23 |

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2                                                                                          Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-08310  -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | WALTERS, STEPHEN J | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******7165  Money Market Account |
| Taxpayer ID No: | *******0015 | | | |
| For Period Ending: | 03/22/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 277.83 | 126,472.81 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.07 | | 126,473.88 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 259.87 | 126,214.01 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.82 | | 126,214.83 |
| 01/25/12 | | Transfer to Acct #*******4869 | Bank Funds Transfer | 9999-000 | | 126,214.83 | 0.00 |

|  | | | COLUMN TOTALS | | 127,809.76 | 127,809.76 | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less:  Bank Transfers/CD's | | 127,736.65 | 126,214.83 | |
| | | | Subtotal | | 73.11 | 1,594.93 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 73.11 | 1,594.93 | |

Page Subtotals                        1.89        126,752.53

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

FORM 2

Page:   3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 07-08310  -BL |
| Case Name: | WALTERS, STEPHEN J |
| Taxpayer ID No: | *******0015 |
| For Period Ending: | 03/22/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******7166  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals       0.00        0.00

Ver: 16.05d

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-08310  -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | WALTERS, STEPHEN J | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******7165  Money Market Account |
| Taxpayer ID No: | *******0015 | | | |
| For Period Ending: | 03/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/12/08 | 1 | Stephn & Lisa Walters DIP | Payment of one-half of DIP account DEPOSIT CHECK #108 | 1129-000 | 14,200.00 | | 14,200.00 |
| 11/28/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 0.58 | | 14,200.58 |
| 12/11/08 | 2 | Stephen Walters | Payment for trustee's interest in dbtor's home per court order DEPOSIT CHECK #524793 | 1110-000 | 22,500.00 | | 36,700.58 |
| 12/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.61 | | 36,702.19 |
| 01/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.49 | | 36,703.68 |
| 02/27/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.39 | | 36,705.07 |
| 03/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.59 | | 36,706.66 |
| 04/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.49 | | 36,708.15 |
| 05/29/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.44 | | 36,709.59 |
| 06/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.59 | | 36,711.18 |
| 07/09/09 | 11 | Illini Legal Services | Payment of settlement for Boombah loan per court order DEPOSIT CHECK #719 | 1129-000 | 50,000.00 | | 86,711.18 |
| 07/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.83 | | 86,714.01 |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.65 | | 86,717.66 |
| 09/09/09 | 1 | Stephen & Lisa Walters | Payment of monies owed from DIP account DEPOSIT CHECK #110 | 1129-000 | 27,039.16 | | 113,756.82 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.27 | | 113,761.09 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.64 | | 113,765.73 |
| 11/02/09 | 1 | Stephn & Lisa Walters | Payment for DIP account DEPOSIT CHECK #7079 | 1129-000 | 40.69 | | 113,806.42 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.79 | | 113,811.21 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.79 | | 113,816.00 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.48 | | 113,820.48 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.33 | | 113,824.81 |

Page Subtotals   113,824.81   0.00

Ver: 16.05d

FORM 2                                                                              Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 07-08310  -BL | |
| Case Name: | WALTERS, STEPHEN J | |
| | | |
| Taxpayer ID No: | *******0015 | |
| For Period Ending: | 03/22/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******7165  Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/25/10 | 15 | Law Office of Jonathan Backman | Payment of escrow settlement per court order DEPOSIT CHECK #1307 | 1229-000 | 13,905.82 | | 127,730.63 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.16 | | 127,735.79 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% JPMORGAN CHASE BANK, N.A. | 1270-000 | 0.86 | | 127,736.65 |
| 04/06/10 | | Wire out to BNYM account 000198817165 | Wire out to BNYM account 000198817165 | 9999-000 | | 127,736.65 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 127,736.65 | 127,736.65 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 127,736.65 | 127,736.65 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 127,736.65 | 127,736.65 | |

|  | Page Subtotals | 13,911.84 | 127,736.65 |
|---|---|---|---|

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*

FORM 2                                                                                          Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                               Exhibit 9

| | | |
|---|---|---|
| Case No: | 07-08310  -BL | |
| Case Name: | WALTERS, STEPHEN J | |
| | | |
| Taxpayer ID No: | *******0015 | |
| For Period Ending: | 03/22/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******7166  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 16.05d

**UST Form 101-7-TDR (5/1/2011)** *(Page: 24)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:         07-08310  -BL

Case Name:    WALTERS, STEPHEN J

Taxpayer ID No:    *******0015

For Period Ending:   03/22/12

Trustee Name:               MICHAEL G. BERLAND

Bank Name:                    Congressional Bank

Account Number / CD #:    *******4869  Checking Account

Blanket Bond (per case limit):    $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******7165 | Bank Funds Transfer | 9999-000 | 126,214.83 | | 126,214.83 |

|  | | | COLUMN TOTALS | | 126,214.83 | 0.00 | 126,214.83 |
|---|---|---|---|---|---|---|---|
| | | | Less:  Bank Transfers/CD's | | 126,214.83 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******7165 | 73.11 | 1,594.93 | 0.00 |
| Checking Account - *******7166 | 0.00 | 0.00 | 0.00 |
| Money Market Account - *******7165 | 127,736.65 | 127,736.65 | 0.00 |
| Checking Account - *******7166 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******4869 | 0.00 | 0.00 | 126,214.83 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 127,809.76 | 129,331.58 | 126,214.83 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        126,214.83              0.00

Ver: 16.05d